# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| NORRIS HUDSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIBERTY MUTUAL PERSONAL ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | No. 2:23-cv-02060-TLP-cgc <br><br> JURY DEMAND |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Notice of Removal from Shelby County Circuit Court, filed on February 7, 2023. (ECF No. 1.) In accordance with the Order Granting Summary Judgment (ECF No. 44), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

July 25, 2024
Date